844

39 Cal.Rptr. 693]

[Crim. No. 7859. Second Dist., Div. One. July 29, 1964.]

THE PEOPLE, Plaintiff and Respondent, v. HAYES BOYD, Defendant and Appellant.

Raymond Gloozman, under appointment by the District Court of Appeal, for Defendant and Appellant.

Stanley Mosk, Attorney General, William E. James, Assistant Attorney General, and Elizabeth Miller, Deputy Attorney General, for Plaintiff and Respondent.

WOOD, P. J.—The judgments of the trial court in the two cases involved herein, made on June 7, 1961 (upon verdict finding defendant guilty on two counts of unlawfully selling marijuana, and upon order revoking probation), were affirmed by this court in an opinion filed on May 8, 1962. (*People* v. *Boyd,* 203 Cal.App.2d 348 [21 Cal.Rptr. 444].) Thereafter, pursuant to the decision in *Douglas* v. *California,* 372 U.S. 353 [83 S.Ct. 814, 9 L.Ed.2d 811], and on a petition for a writ of habeas corpus, this court recalled the remittitur herein, vacated the judgment of May 8, 1962, and appointed Mr. Raymond Gloozman as counsel for defendant. (The defendant had appeared previously in propria persona.)

The facts of the cases and the contentions on appeal are stated in the former opinion. No useful purpose will be served by repeating what was said therein, and this court adopts, by reference, as its opinion herein the former opinion in *People* v. *Boyd,* 203 Cal.App.2d 348 [21 Cal.Rptr. 444].

The judgments are affirmed.

Fourt, J., and Lillie, J., concurred.